BIMINI, INC. *v.* UNITED STATES

No. 7472.—Invoices dated London, England, June 18, 1946, etc.
        Certified June 19, 1946, etc.
        Entered at New York, N. Y., June 28, 1946, etc.
        Entry Nos. 1596; 1035.

(Decided December 11, 1947)

*Adolphus G. Redley* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

CLINE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

INTRA-MAR TRANSPORT CORP. (FORMERLY GONDRAND TRANSPORT CORP.) *v.* UNITED STATES

No. 7473.—Invoice dated London, England, April 24, 1946.
        Certified April 25, 1946.
        Entered at New York, N. Y., July 11, 1946.
        Entry No. 703086.

(Decided December 11, 1947)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.